IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN A. SCHREIBEIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) Civil Action No. 04-969 |
| RETIREMENT PLAN FOR EMPLOYEES OF | ) |
| DUQUESNE LIGHT COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

AND NOW, this **20th** day of February, 2007, in accordance with this Court's Order dated December 15, 2005 in the above-captioned case (Docket No. 39), and in consideration of the February 7, 2007 Judgment of the United States Court of Appeals for the Third Circuit dismissing Plaintiff's Appeal of this matter for lack of jurisdiction (Docket No. 50), it is ORDERED that this case is remanded to the Plan Administrator for further proceedings in accordance with the Opinion accompanying my December 15, 2005 Order (Docket No. 39).

BY THE COURT:

/S/  Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge